IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHICAGO JOHN DINEEN LODGE #7, JOSPEH CAPPELLO, ERIC DURON, VINCENT BARNER, TERRANCE NALLS, GEORGE SPACEK, DIMAR VASQUEZ, JAMIE ACOSTA, AND LUKASZ GORSKI<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>ANDREA KERSTEN, individually and in her official capacity, SHARDAY JACKSON, individually and in her official capacity, MATTHEW HAYNAM, individually and in his official capacity, ANGELA HEARTS-GLASS, individually and in her official capacity, STEPHANIE HRENO, individually and in her official capacity, CIVILIAN OFFICE OF POLICE ACCOUNTABILITY, CHICAGO POLICE DEPARTMENT, CITY OF CHICAGO, and LARRY B. SNELLING, in his official capacity.<br><br>　　　　　Defendants. | Case No. 24-cv-07376<br><br>Judge Jorge L. Alonso<br><br>Magistrate Judge Jeannice W. Appenteng |

## DEFENDANTS UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

Defendants, Andrea Kersten, Sharday Jackson, Angela Hearts-Glass, Stephanie Hreno, the Civilian Office of Police Accountability ("COPA"), Chicago Police Department ("CPD"), City of Chicago, and Larry B. Snelling, by and through their attorneys, Franczek P.C., respectfully request an extension of time through November 8, 2024 to answer or otherwise respond to Plaintiff's Amended Complaint. In support of their motion, the above named Defendants state the following:

1. On August 19, 2024 Plaintiffs filed their Amended Complaint.

2. Waiver of Service was returned by Defendants Kersten, Jackson, Hearts-Glass, Hreno, COPA, CPD, the City of Chicago, and Snelling on August 22, 2024.

3361999.1

3. The due date for the above named Defendants to answer or otherwise respond to the Amended Complaint is currently October 18, 2024.

4. Counsel for the above named Defendants request an additional twenty-one days from their initial response date to analyze and investigate the allegations in the Amended Complaint and formulate an appropriate response.

5. Twenty-one days from October 18, 2024 is November 8, 2024.

6. On October 10, 2024, Counsel for Plaintiffs indicated that Plaintiffs did not oppose the requested extension.

7. This is the above Defendants first request for an extension of time.

8. This request is made in good faith and is not for the purpose of undue delay.

WHEREFORE, the above Defendants respectfully request this Court grant their Motion and allow Defendants additional time to file an answer or otherwise respond to the Amended Complaint through November 8, 2024.

Dated: October 14, 2024

Respectfully submitted,

ANDREA KERSTEN, SHARDAY JACKSON, ANGELA HEARTS-GLASS, STEPHANIE HRENO, CIVILIAN OFFICE OF POLICE ACCOUNTABILITY, CHICAGO POLICE DEPARTMENT, CITY OF CHICAGO, and LARRY B. SNELLING

By: /s/ Michael A. Warner
One of Their Attorneys

Michael A. Warner (maw@franczek.com)
Reva G. Ghadge (rgg@franczek.com)
300 S. Wacker Drive, Suite 3400
Chicago, IL 60606
(312) 986-0300

3361999.1

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that he caused a true and correct copy of the foregoing **DEFENDANTS SCHOOL BOARD'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S AMENDED COMPLAINT** to be filed electronically with the Clerk of the Court using the CMECF filing system which will serve on all counsel of record on this 14th day of October, 2024.

Pasquale A. Fioretto (pfioretto@baumsigman.com)
Catherine M. Chapman (cchapman@baumsigman,com)
Brian C. Hlavin (bhlavin@baumsigman.com)
Laura M. Finnegan (lmfinnegan@baumsigman.com)
Destiny A. Collins (dcollins@baumsigman.com)
Carson W. Fallo (cfallo@baumsigman.com)
Baum Sigman Auerbach & Neuman, LTD.
200 West Adams Street, Site 1825
Chicago, Illinois 60606


 /s/ Michael A. Warner

3361999.1