IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHICAGO JOHN DINEEN LODGE #7, JOSPEH CAPPELLO, ERIC DURON, VINCENT BARNER, TERRANCE NALLS, GEORGE SPACEK, DIMAR VASQUEZ, JAMIE ACOSTA, AND LUKASZ GORSKI<br><br>Plaintiffs,<br><br>v.<br><br>ANDREA KERSTEN, individually and in her official capacity, SHARDAY JACKSON, individually and in her official capacity, MATTHEW HAYNAM, individually and in his official capacity, ANGELA HEARTS-GLASS, individually and in her official capacity, STEPHANIE HRENO, individually and in her official capacity, CIVILIAN OFFICE OF POLICE ACCOUNTABILITY, CHICAGO POLICE DEPARTMENT, CITY OF CHICAGO, and LARRY B. SNELLING, in his official capacity.<br><br>Defendants. | Case No. 1:24-cv-07376<br><br>Judge Jorge L. Alonso<br><br>Magistrate Judge Jeannice W. Appenteng |

### DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT

Defendants, City of Chicago, Civilian Office of Police Accountability (COPA), Chicago Police Department, Andrea Kersten, Sharday Jackson, Angela Hearts Glass, Stephanie Hreno, and Larry B. Snelling[1] by and through their attorneys, Franczek P.C., respectfully moves to

---

[1] The City of Chicago Office of Police Accountability and Police Department are agencies within the City of Chicago who are erroneously named as separate defendants as explained in the accompanying Memorandum of Law.

dismiss Plaintiffs' Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(1) for lack of subject matter jurisdiction and Fed. R. Civ. P. 12(b)(6) for failure to state a claim. In support of their Motion, the Defendants state as follows:

1. Plaintiff filed a three-count Complaint on August 12, 2024 alleging Due Process and Equal Protection clause violations under Section 1983 (Count I), liability against the City of Chicago under *Monell* (Count II), and false light invasion of privacy (Count III).

2. On August 19, 2024 Plaintiffs filed an Amended Complaint.

3. Plaintiff Lodge's must be dismissed as a party from this matter pursuant to Fed. R. Civ. P. 12(b)(1) for lack of subject matter jurisdiction on behalf of themselves or their members.

4. All Plaintiffs' claims must be dismissed pursuant to Fed. R. Civ. P. 12(b)(6) for failure to state a claim.

5. The grounds for this motion are set forth in the Defendants' accompanying Memorandum of Law, which is incorporated herein by reference.

WHEREFORE Defendants City of Chicago, Kersten, Jackson, Hearts-Glass, Hreno, and Snelling respectfully request the Court dismiss Plaintiffs' Amended Complaint with prejudice.

Dated: November 8, 2024          Respectfully submitted,

**ANDREA KERSTEN, SHARDAY JACKSON, ANGELA HEARTS-GLASS, STEPHANIE HRENO, CIVILIAN OFFICE OF POLICE ACCOUNTABILITY, CHICAGO POLICE DEPARTMENT, CITY OF CHICAGO, and LARRY B. SNELLING, Defendants**.

By: */s/ Michael A. Warner Jr.*
    One of Their Attorneys

Michael A. Warner Jr. (maw@franczek.com)
Reva G. Ghadge (rgg@franczek.com)
FRANCZEK P.C.
300 S. Wacker Drive, Suite 3400
Chicago, IL 60606
(312) 986-0300

# CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that he caused a true and correct copy of the foregoing **DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT** to be filed electronically with the Clerk of the Court using the CMECF filing system which will serve on all counsel of record on this 8th day of November, 2024, namely:

> Pasquale A. Fioretto (pfioretto@baumsigman.com)
> Catherine M. Chapman (cchapman@baumsigman.com)
> Brian C. Hlavin (bhlavin@baumsigman.com)
> Laura M. Finnegan (lmfinnegan@baumsigman.com)
> Destiny A. Collins (dcollins@baumsigman.com)
> Carson W. Fallo (cfallo@baumsigman.com)
> BAUM SIGMAN AUERBACH & NEUMAN, LTD.
> 200 West Adams Street, Suite 1825
> Chicago, Illinois 60606
>
> Devlin J. Schoop (dschoop@laduzinsky.com)
> LADUZINSKY & ASSOCIATES P.C.
> 216 S. Jefferson St., Suite 301
> Chicago, Illinois 60661
>
> */s/ Michael A. Warner Jr.*