IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHICAGO JOHN DINEEN LODGE #7, et al., | ) |
| Plaintiffs, | ) ) ) ) ) |
| v. | ) Case No. 24 CV 7376 |
| ANDREA KERSTEN, et al. | ) ) JUDGE ALONSO |
| Defendants. | ) ) ) ) |

**MOTION TO WITHDRAW APPEARANCE AS COUNSEL OF RECORD FOR DEFENDANT MATTHEW E. HAYNAM PURSUANT TO LOCAL RULE 83.17**

Pursuant to Local Rule 83.17, Attorney Devlin Joseph Schoop, former counsel for Defendant Matthew E. Haynam, moves to withdraw his appearance as counsel of record for Defendant Haynam, stating the following in support:

1. Defendant Haynam is a former employee of the City of Chicago who was terminated from his employment with COPA on August 30, 2024. This lawsuit brought by FOP Lodge No. 7 was pending at the time of Defendant Haynam's termination.

2. After his termination, Defendant Haynam retained Attorney Devlin Joseph Schoop to represent Defendant Haynam in a retaliatory discharge matter that was previously pending in the Circuit Court of Cook County.

3. An inherent conflict of interest precluded lawyers representing the City of Chicago and/or Andrea Kersten from jointly representing Defendant Haynam in this matter.

4. Attorney Schoop ably represented Defendant Haynam in this matter including securing (for the time being) dismissal of all claims against Defendant Haynam.

5. Nonetheless, irreconcilable differences have developed between Defendant Haynam and Attorney Schoop, making Attorney Schoop's continued representation of Defendant Haynam impossible.

6. Attorney Schoop and Defendant Haynam have already discussed Attorney Schoop's withdrawal and Defendant Haynam consents to Attorney Schoop's withdrawal from this case as his counsel of record.

7. Defendant Haynam requests that the Court grant him forty-five (45) days to secure additional counsel to represent him in this case. That amount of time will not cause any prejudice to any of the parties because there is no operative pleading in this matter (as of April 24, 2025) and the Plaintiffs Amended Complaint (if any is to be filed) is not due until May 15, 2025.

8. Pursuant to Local Rule 83.17, the Notification of Party Contact Information Card for contact information for Defendant Matthew E. Haynam is attached to this motion as **Exhibit 1**.

9. Attorney Devlin Joseph Schoop certifies, under penalties of perjury provided pursuant to 28 U.S.C. §1746, that on April 25, 2025 he caused to a copy of this motion to be mailed, by operation of the U.S. Postal Service, to Matthew E. Haynam at the address listed in the attached Notification of Party Contact Information Card.

**WHEREFORE**, for the reasons set forth above, Attorney Devlin Joseph Schoop respectfully requests that the Court grants him leave to withdraw his appearance on behalf of Defendant Haynam in this matter and for any other such relief that the Court deems just and proper under the circumstances.

                                                            Respectfully submitted,

                                                            **DEVLIN JOSEPH SCHOOP**

                                                            By: /s/ *Devlin Joseph Schoop*
                                                                         Former counsel for Matthew E. Haynam

Devlin Joseph Schoop (ARDC # 06243835)
Laduzinsky & Associates, P.C.
Of Counsel
216 S. Jefferson Street, Suite 301
Chicago, Illinois 60661-5743
Tel. 312.424.0700
dschoop@laduzinsky.com

*Former counsel for Matthew E. Haynam*

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that he caused a true and correct copy of the foregoing **MOTION TO WITHDRAW MOTION TO WITHDRAW APPEARANCE AS COUNSEL OF RECORD FOR DEFENDANT MATTHEW E. HAYNAM PURSUANT TO LOCAL RULE 83.17** to be filed electronically with the Clerk of the Court using the ECF filing system which will serve all counsel of record on this 25th day of April 2025:

>Pasquale A. Fioretto (pfioretto@baumsigman.com)
>Catherine M. Chapman (cchapman@baumsignman.com)
>Brian C. Hlavin (bhlavin@baumsigman.com)
>Laura M. Finnegan (lmfinnegan@baumsigman.com)
>Destiny A. Collins (dcollins@baumsigman.com)
>Carson W. Fallo (cfallo@bamsigman.com)
>Baum Sigman Auerbach & Neuman, Ltd.
>200 W. Adams Street, Suite 1825
>Chicago, Illinois 60606
>
>Michael A. Warner, Jr. (maw@franczek.com)
>Reva G. Ghadge (rgg@franczek.com)
>Franczek P.C.
>300 S. Wacker Drive, Suite 3400
>Chicago, Illinois 60606

And by operation of U.S. Mail to Matthew E. Haynam, 6422 N. Spokane, Chicago, IL 60646.

/s/ *Devlin Joseph Schoop*

4